UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> $87,560.00 IN UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> JASON SANFORD MOORE and ROBIN L. ) <br> KNILL, ) <br> Claimants. ) <br> _____ ) | 3:10-cv-00374-ECR-WGC <br><br> **MINUTES OF THE COURT** <br><br> January 31, 2012 |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>   JENNIFER COTTER   </u>  REPORTER:  <u>NONE APPEARING   </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING                                  </u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING                                </u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Attorney Craig Denney's Motion to Withdraw as Local Counsel for Claimants Jason Moore and Robin Knill.  (Doc. #26.)  The motion has been responded to by plaintiff United States (Doc. #27).

     Good cause appearing, the Motion to Withdraw is **GRANTED**.  Claimants' lead counsel David M. Michael, Esq., shall have twenty-one (21) days from the date hereof within which to associate new resident counsel in accordance with LR IA 10-2(a)(5) and 10-2(d).

**IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK

                                            By:  <u>      /s/                                        </u>
                                                    Deputy Clerk