## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:10-cv-00374-ECR-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | January 31, 2012 |
| ) | |
| $87,560.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| JASON SANFORD MOORE and ROBIN L. ) | |
| KNILL, ) | |
| Claimants. ) | |
| ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    <u>JENNIFER COTTER</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Attorney Craig Denney's Motion to Withdraw as Local Counsel for Claimants Jason Moore and Robin Knill.  (Doc. #26.)  The motion has been responded to by plaintiff United States (Doc. #27).

     Good cause appearing, the Motion to Withdraw is **GRANTED**.  Claimants' lead counsel David M. Michael, Esq., shall have twenty-one (21) days from the date hereof within which to associate new resident counsel in accordance with LR IA 10-2(a)(5) and 10-2(d).

**IT IS SO ORDERED.**

                                                       LANCE S. WILSON, CLERK


                                          By:    /s/
                                                 Deputy Clerk